# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-4025
Lower Tribunal No. 2023-MH-002256-A

_____

IN RE: Involuntary Placement of T.W.

T.W.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Alicia L. Latimore, Judge.

March 17, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and WOZNIAK, JJ., concur.

Jeffrey D. Deen, Regional Counsel, and Lori D. Loftis, Chief Assistant Regional Counsel, of Office of Criminal Conflict and Civil Regional Counsel, Casselberry, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Lydon William Schultz, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED